UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ELIZABETH STEPHENS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SYNCHRONY BANK,<br><br>　　　　　Defendant. | Case No. 2:16-cv-01626-JAM-CKD<br><br>**ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Hon. John A. Mendez<br>Magistrate Carolyn K. Delaney |

　　　Upon review of the Joint Motion of Plaintiff Elizabeth Stephens ("Plaintiff") and Defendant Synchrony Bank ("Defendant"), and FOR GOOD CAUSE SHOWN,

　　　IT IS HEREBY ORDERED that Defendant has until August 26, 2016 to respond to Plaintiff's Complaint.

DATED:  8/18/2016　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　　　　Honorable John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge