# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH STEPHENS,** | ) Case No. **2:16-cv-01626-JAM-CKD** |
| **Plaintiff,** | ) |
| vs. | ) **ORDER** |
| **SYNCHRONY BANK,** | ) |
| **Defendants.** | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed without prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 17th day of November, 2016

/s/ John A. Mendez_____
The Honorable John A. Mendez