# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**ELIZABETH STEPHENS,**

**Plaintiff,**

vs.

**SYNCHRONY BANK,**

**Defendants.**

) Case No. **2:16-cv-01626-JAM-CKD**
)
) **AMENDED ORDER**
)

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 9th day of December, 2016

/s/ John A. Mendez_____
The Honorable John A. Mendez